```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW E. ROTH,

               Plaintiff,

-against-

ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL MASTER FUND LTD., and STEPHEN J. BOYD,

               Defendants,

and

VAXART, INC.,

               Nominal Defendant.

20 Civ. 8872 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court has reviewed Defendants' letter dated December 17, 2020, and Plaintiff's response. ECF Nos. 20–21. Defendants' request is GRANTED in part and DENIED in part. The conference scheduled for January 5, 2021, is ADJOURNED to **January 13, 2021**, at **11:40 a.m.** By **January 6, 2021**, the parties shall submit their joint letter and case management plan. In so adjourning, the Court is not at this time ruling on the applicability of the stay provision of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), to this action.

     The Clerk of Court is directed to terminate the motion at ECF No. 20.

     SO ORDERED.

Dated: December 18, 2020
        New York, New York

                                            ANALISA TORRES
                                          United States District Judge