USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW E. ROTH,

            Plaintiff,

-against-

ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL MASTER FUND LTD., and STEPHEN J. BOYD,

            Defendants,

and

VAXART, INC.,

            Nominal Defendant.

20 Civ. 8872 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters dated January 12 and 19, 2021, ECF Nos. 27–28. Accordingly,

1. Defendants' request for leave to file a motion to dismiss is GRANTED;
2. By **February 24, 2021**, Defendants shall file their motion to dismiss;
3. By **March 17, 2021**, Plaintiff shall file his opposition;
4. By **March 31, 2021**, Defendants shall file their opposition, if any.

SO ORDERED.

Dated: January 20, 2021
       New York, New York

ANALISA TORRES
United States District Judge