USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
ANDREW E. ROTH,

                Plaintiff,

-against-

ARMISTICE CAPITAL, LLC, ARMISTICE
CAPITAL MASTER FUND LTD., and
STEPHEN J. BOYD,

                Defendants,

and

VAXART, INC.,

                Nominal Defendant.
------------------------------------------------------------

20 Civ. 8872 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 2, 2021, the Court approved the parties' stipulation that discovery in this matter be stayed until the Court resolved Defendants' motion to dismiss. ECF No. 35. On March 29, 2022, the Court denied Defendants' motion to dismiss. ECF No. 52. Accordingly, by **April 15, 2022**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 31, 2022
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge