UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW E. ROTH,

                Plaintiff,

-against-

ARMISTICE CAPITAL, LLC, ARMISTICE
CAPITAL MASTER FUND LTD., and
STEPHEN J. BOYD,

                Defendants,

and

VAXART, INC.,

                Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

20 Civ. 8872 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Defendants' motion for reconsideration of the Court's order on Defendants' motion to dismiss. *See* ECF Nos. 52 and 56. Accordingly,

1. By **May 9, 2022**, Plaintiff shall file his opposition;
2. By **May 23, 2022**, Defendants shall file their reply, if any.

    Additionally, Defendants' request for an extension of the deadling for the parties' joint letter and proposed case management plan to **April 19, 2022**, is GRANTED. *See* ECF No. 58. The Clerk of Court is directed to terminate the motion at ECF No. 58.

    SO ORDERED.

Dated: April 18, 2022
       New York, New York

                                        ANALISA TORRES
                               United States District Judge