UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW E. ROTH,<br><br>        Plaintiff,<br><br>-against-<br><br>ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL MASTER FUND LTD., STEPHEN J. BOYD, and VAXART INC.,<br><br>        Defendants. | Case No. 1:20-cv-08872 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 74. IT IS HEREBY ORDERED that the parties shall appear for a status conference on **November 15, 2022,** at 1:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 to discuss the deposition schedule. To the extent the parties would like to raise any discovery disputes or request a modification to the Case Management Plan at that conference, the parties shall make submissions raising those issues in accordance with the Court's Individual Rules 1.F and 2.E no later than **November 8, 2022**.

Dated: October 4, 2022
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge