UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
ANDREW E. ROTH,

                Plaintiff,                      20 **CIVIL** 8872 (JLR)

      -against-                            **JUDGMENT**

ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL
 MASTER FUND LTD., and STEPHEN J. BOYD,

                Defendants.
      -and-

VAXART, INC.,

                Nominal Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         March 28, 2024

                                                       **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                           **BY:**
                                                        **Deputy Clerk**