Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Kaitlin D. Shapiro**
+1 212.872.8096/fax: +1 212.872.1002
kshapiro@akingump.com

May 23, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Roth v. Armistice Capital, LLC et al.*, Case No. 1:20-cv-08872 (JLR)

Dear Judge Rochon:

We represent defendants Armistice Capital, LLC, Armistice Capital Master Fund Ltd., and Steven J. Boyd (together, the "Armistice Defendants") in the above-captioned action. We have been informed that Plaintiff Andrew E. Roth ("Plaintiff") intends to make a filing with the Court that will include the attached documents as exhibits. These documents contain certain personally identifying information. Accordingly, we write pursuant to Rule 4(B) of Your Honor's Individual Practices in Civil Cases to respectfully request redaction of certain personally identifying information from Plaintiff's filing. In accordance with Your Honor's rules, we conferred with Plaintiff's counsel by email on May 22, 2024. Plaintiff's counsel has no objections to the proposed redactions, which Plaintiff's counsel has prepared in connection with his filing. We are submitting herewith copies of the three documents with redactions and will contemporaneously file under seal unredacted, highlighted copies of those same documents, which we received from Plaintiff's counsel.

Despite the presumption of public access to judicial documents, courts permit the sealing and redaction of documents when faced with countervailing factors that warrant confidentiality. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006); *see also Nixon v. Warner Commc'ns Inc.*, 435 U.S. 589, 598 (1978). Courts take certain privacy interests, including the need to protect confidential personal information, into account when granting requests to seal and redact information. *Lugosch*, 435 F.3d at 124; *see also Rojas v. Triborough Bridge & Tunnel Auth.*, No. 18-CV-1433 (PKC), 2022 WL 773309, at *3 (S.D.N.Y. Mar. 14, 2022) (considering the "privacy interests" of individuals in granting motion to redact confidential personal information). As a result, courts routinely permit parties to redact personally identifiable information such as personal telephone numbers. *See, e.g.*, *Rojas*, 2022 WL 773309, at *3 (permitting redaction of



Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
May 23, 2024
Page 2

witness's telephone number because it "does not assist the public in monitoring or understanding the judicial process"); *United States v. Vinas*, No. 08-CR-823 (NGG), 2017 WL 1969665, at *2 (E.D.N.Y. May 11, 2017) (redaction of personal phone number to protect privacy interest was consistent with rules permitting redaction of "personal identifying information").

      Here, the documents Plaintiff seeks to file include particular individuals' personal mobile telephone numbers. The personal telephone numbers are not relevant to any claim or defense in this case, nor helpful to the public in monitoring or understanding the judicial process. *See Rojas*, 2022 WL 773309, at *3. This is the type of personal identifying information that courts permit to be redacted, and the proposed redactions are narrowly tailored to protect the privacy interests of these individuals without burdening the public's right of access. *See id.*

      For these reasons, the Armistice Defendants respectfully request that the foregoing documents be filed under seal and with redactions.

Respectfully,

*/s/ Kaitlin D. Shapiro*
Kaitlin D. Shapiro

cc: All Counsel (*via ECF*)

The request to file these three documents with the proposed redactions is GRANTED.

Dated: May 24, 2024
       New York, New York

SO ORDERED.

_____
**JENNIFER L. ROCHON**
**United States District Judge**