UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW E. ROTH,<br><br>                              Plaintiff,<br><br>        -against-<br><br>ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL MASTER FUND LTD., and STEPHEN J. BOYD,<br><br>                              Defendants. | Case No. 1:20-cv-08872 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record on August 15, 2024, Plaintiff's motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(3), an indicative ruling under Rule 62.1, and discovery sanctions under Rule 37(e) is DENIED.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 145.

Dated: August 15, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge

1